

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00208-CV

KAREN LANTZ, ANDREW FARKAS, AND LANTZ FULL CIRCLE BUILD, LLC,
Appellants

V.

HIGGINS, INC., Appellee

Appeal from the 269th District Court of Harris County.  (Tr. Ct. No. 2013-49445).

**TO THE 269TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 31st day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 21, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellants, Karen Lantz, Andrew Farkas, and Lantz Full Circle Build, LLC, jointly and severally, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 12, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

